ADAM PAUL LAXALT
  Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendants*

```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                          COUNSEL/PARTIES OF RECORD

                        NOV - 7 2018

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| LOUIS RANDOLPH, a.k.a., CLYDE LEWIS,<br><br>  Plaintiff,<br>v.<br>NEVADA DEPARTMENT OF CORRETIONS (NDOC), et al.,<br><br>  Defendants | Case No. 3:17-cv-00085-MMD-CBC<br><br>**MOTION FOR EXTENSION OF THE 90 DAY STAY AND DEADLINE TO FILE THE 90 DAY STAY REPORT** |

    Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby move this Court for an extension of the ninety (90) day stay and an extension of the deadline to file the ninety (90) day stay report. This motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    NATURE OF MOTION**

    On August 23, 2018, this Court entered its Order, staying this matter for ninety (90) days to allow the parties an opportunity to settle before an answer or other pleading is filed. (ECF No. 5 at 15-16). The Court further ordered the Office of the Attorney General to file the ninety (90) day stay report at the conclusion of that time period. *Id.* Based on that Order, the ninety (90) day stay is due to expire on November 21, 2018, and the ninety (90) day report is due to be filed that day. *Id.*

    To date, an Early Mediation Conference (EMC) has not been scheduled in this matter.

///

## II. DISCUSSION

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:
> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *See Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *See Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Good cause exists to extend the stay in this case because it will permit the parties to engage in settlement discussions without Plaintiff being assessed a filing fee and without Defendant being required to file the 90 day stay report and prepare a response to Plaintiff's Complaint. Additionally, this will allow time for representatives for Defendants to attend the EMC to discuss Plaintiff's concerns. Extending the stay will provide the parties the opportunity to engage in informal and formal settlement discussions without the pressure of the litigation process, and provide sufficient time to schedule another mediation if necessary.

## III. CONCLUSION

Based on the foregoing, Defendants respectfully request that the Court enter an order extending the stay in this case and the deadline to file the 90 day stay report to two weeks after an EMC is scheduled in this matter.

DATED this 5th day of November, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
ERIN L. ALBRIGHT
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 11/7/2018

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 5th day of November, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **MOTION FOR EXTENSION OF THE 90 DAY STAY AND DEADLINE TO FILE THE 90 DAY STAY REPORT**, to the following:

Louis Randolph, #48875
AKA Clyde Lewis, #48875
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, NV 89070

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General