# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS RANDOLPH, | 3:17-CV-0085-MMD-CBC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | April 26, 2019 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a response to defendants' answer to plaintiff's complaint (ECF No. 38). FRCP 7(a) does not allow additional pleadings to be filed absent a court order. There is no court order allowing the plaintiff to file such a response to defendants' answer. Therefore,

IT IS HEREBY ORDERED that plaintiff's response to defendants' answer to plaintiff's complaint (ECF No. 38) is hereby **STRICKEN**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk